IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No.: _13-20287-SHM/tmp_ |
| | ) | |
| v. | ) | 18 U.S.C. § 46501 |
| | ) | |
| TIM ANTHONEY WILSON, | ) | |
| aka "Paul Coupland" | ) | |
| aka "Marv Harriott" | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### INTRODUCTION

The offense alleged in this Information was committed on an aircraft in flight from Los Angles, California to Memphis, Tennessee, in the special aircraft jurisdiction of the United States, as defined by Title 49, United States Code, Section 46501, and out of the jurisdiction of any particular state and district. The defendant in this Information, Tim Anthoney Wilson, was first arrested and restrained of his liberty in connection with this offense in the Western District of Tennessee and thus is charged in this district pursuant to Title 18, United States Code, Section 3238.

## COUNT 1

On or about June 6, 2013, in the Western District of Tennessee, the defendant,

**TIM ANTHONEY WILSON,**
aka "Paul Coupland"
aka "Marv Harriott

while on an aircraft in flight, within the special aircraft jurisdiction of the United States, did assault a female passenger by repeatedly touching her on the right thigh with his hand, without permission, all in violation of Title 18, United States Code, Section 113 and Title 49, United States Code, Section 46506.

DATED: September 5, 2013

**EDWARD L. STANTON III**
**UNITED STATES ATTORNEY**